**No. 62020.**—Manca, Inc. *v.* United States, protest 300210–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of wooden containers, the claim of the plaintiff was sustained.

**No. 62021.**—Strohmeyer & Arpe Co. *v.* United States, protest 221037–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of sprats in oil, packed in tins, similar in all material respects to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C. D. 1862), the claim of the plaintiff was sustained.

**No. 62022.**—Lissco Trading Corp. and Rohner Gehrig & Co., Inc. *v.* United States, protest 321892–K (B) (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of sprats in oil, packed in tins, similar in all material respects to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C. D. 1862), the claim of the plaintiffs was sustained.

**No. 62023.**—H. W. Robinson & Co., Inc., and Alfrank Export & Import Corp. *v.* United States, protest 300601–K (New York).

Opinion by WILSON, J.   The protest was dismissed.

BEFORE THE SECOND DIVISION, MAY 28, 1958

**No. 62024.**—The Ruby Company *v.* United States, protest 310358–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed for lack of prosecution.

**No. 62025.**—Hamilton Import Corp. *v.* United States, protest 314280–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed for lack of prosecution.